IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**PAUL JOYCE**,                                                            Case No. 21-cv-1354-DDD-KLM

              Plaintiff,

v.

**UNION PACIFIC RAILROAD COMPANY,**
a Delaware corporation,

              Defendant

---

### NOTICE OF SETTLEMENT

---

This notice is to advise the Court that the parties reached a settlement of all claims in this matter. The trial date, and any other hearings scheduled in this matter, should be stricken from the Court's calendar.

It is anticipated that the Stipulation for Dismissal and accompanying order, in compliance with Federal Rule of Civil Procedure 41, will be filed within forty-five (45) days from the date of this notice, once all settlement documentation and consideration has been completed.

1

Dated:  May 11, 2022

                                        **ROSSI VUCINOVICH PC**

                                        *s/ C. N. Coby Cohen*
C. N. Coby Cohen
1000 Second Avenue, Suite 1420
Seattle, WA 98104
Phone: (425) 646-8003
Fax: (425) 646-8004
ccohen@rvflegal.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

Keith M. Goman, #37769
Jaclyn S. Laferriere, #54432
1001 17th Street, Suite 300
Denver, CO 80202
Tel: (303) 628-3300
Fax: (303) 628-3368
gomank@hallevans.com
laferrierej@hallevans.com
*Attorneys for Defendant*

Dated:  May 11, 2022

                                       *s/ Abby Jenkins*
                                      Abby Jenkins, Legal Assistant
                                      ajenkins@rvflegal.com